**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01444-PAB

RUSSELL COOLEY,

    Applicant,

v.

TERESA K. COZZA-RHODES,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order On Application For A Writ of Habeas Corpus [Docket No. 19] of Judge Philip A. Brimmer entered on November 1, 2013, it is

**ORDERED** that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] filed June 4, 2013, is **DENIED** and this action is dismissed on the merits.

   Dated at Denver, Colorado this 4th day of November, 2013.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          s/Kathy Preuitt-Parks

                                          Kathy Preuitt-Parks
                                          Deputy Clerk